Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-20345-CR-MOORE



UNITED STATES OF AMERICA

vs.

**FILED UNDER SEAL**

HUGO CARVAJAL BARRIOS,
   a/k/a "Pollo,"

   Defendant.
_____ /

## RESPONSE TO SUA SPONTE ORDER

NOW COMES the United States of America, by and through the undersigned Assistant United States Attorney and submits the following response to the Court's Sealed Sua Sponte Order seeking clarification from the government on the fugitive status of defendant, Hugo Carvajal Barrios (hereinafter Carvajal).

On May 16, 2013, a Federal Grand Jury, sitting in Miami, in the Southern District of Florida, returned a sealed indictment charging Carvajal with conspiracy to distribute thousands of kilograms of cocaine with the knowledge and intent that such cocaine would be unlawfully imported into the United States.

The indictment alleges that Carvajal was the head of "DIM", the Venezuelan Directorate of Military Intelligence. The indictment also alleges that, as part of the charged conspiracy, Carvajal used his official position to provide high ranking Colombian cocaine cartel leaders with information regarding the location and activities of Venezuelan military and law enforcement personnel, so that those cartel leaders could distribute thousands of kilograms of cocaine and be protected from capture.

The Government has not unsealed its indictment because, for a number of reasons, it has not

been able to seek Carvajal's arrest. Venezuela will not extradite its own citizens. Therefore, making Carvajal's indictment public would allow him to hide in Venezuela and would make it possible for him to avoid traveling to a location where he may be arrested and extradited to the United States. In addition, while Carvajal is no longer the head of "DIM", he is still believed to maintain ties to the Venezuelan Intelligence Network and be involved in Venezuelan Intelligence activity. As a consequence, the Government cannot provide foreign governments or Interpol with advance requests for Carvajal's arrest given the likelihood that Carvajal would learn of the requests and avoid international travel.

In the past year, the Special Operations Division of DEA, have told us that they had an active plan to affect Carvajal's arrest outside of Venezuela. At this time those plans have not come to fruition, in part, because another United States Attorney's Office had notified this Office that they had an active investigation into other criminal activities by Carvajal. Our office has just learned that that investigation is no longer active. The United States is currently monitoring the international travel plans of Carvajal and the United States Attorney's Office for the Southern District of Florida is actively conferring with DEA's Special Operations Division and another United States Attorney's Office, who has been investigating Carvajal, to develop a plan to arrest Carvajal in a country outside of Venezuela so that he can be successfully extradited to the United States.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: *[signature]*
Richard D. Gregorie, AUSA
Florida Bar Identification No. 549495
99 Northeast 4th Street, Miami, Florida 33132-2111
Tel: (305) 961-9148; Fax: (305) 536-7213
Email: Dick.Gregorie@usdoj.gov