UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CR-20345-MOORE

UNITED STATES OF AMERICA,

vs.

HUGO CARVAJAL BARRIOS
a/k/a "Pollo",

    Defendant.
_____/

## SEALED ORDER

THIS MATTER is hereby transferred to the Clerk's Fugitive File until such time as the Defendant, who is a fugitive, is apprehended and brought forward for trial.

DONE AND ORDERED in Chambers, at Miami, Florida this 11th day of June, 2014.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies furnished to:

All Counsel and pro se parties of record