UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

13-20345-CR-MOORE

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

HUGO CARVAJAL BARRIOS,

       Defendant.
_____/

## NOTICE OF APPEARANCE

    The United States of America, by and through the undersigned, Assistant United States Attorney Eloisa D. Fernandez, hereby files this Notice of Appearance regarding the forfeiture matters on behalf of the Plaintiff, United States of America, in the above-styled case.

                                    Respectfully submitted,

                                    WIFREDO A. FERRER
                                    UNITED STATES ATTORNEY

By:   */s/Eloisa D. Fernandez*
          Eloisa Delgado Fernandez
          Assistant United States Attorney
          Florida Bar No. 0999768
          Eloisa.d.fernandez@usdoj.gov
          U.S. Attorney's Office
          99 Northeast Fourth Street, 7th Floor
          Miami, Florida 33132-2111
          Telephone: (305) 961-9025
          Facsimile: (305) 536-4089

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 25, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Eloisa D. Fernandez*
Eloisa Delgado Fernandez
Assistant United States Attorney